UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR ROUSE, et al.,

    Plaintiffs,                                          Civil Action No. 20-CV-12308

v.                                                   HON. BERNARD A. FRIEDMAN

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on plaintiff John Moore's motion for severance or dismissal (docket entry 27). Magistrate Judge R. Steven Whalen has submitted a Report and Recommendation ("R&R") in which he recommends that the motion be denied without prejudice. No party has filed objections to the R&R and the objection period has passed. The Court has reviewed plaintiff's motion and the R&R and agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Whalen's R&R is hereby accepted and adopted as the findings and conclusions of the Court (docket entry 51).

IT IS FURTHER ORDERED that plaintiff's motion for severance or dismissal is denied without prejudice (docket entry 27).

                                                           s/Bernard A. Friedman
Dated: May 7, 2021                         Bernard A. Friedman
     Detroit, Michigan                  Senior United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on May 7, 2021.

                                                s/Johnetta M. Curry-Williams
                                                Case Manager