**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD. - ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

RECEIVED
MAY 10 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

20-12308
②

METROPLEX MI 480
21 APR 2021 PM 5 L

Anthony Browning
#855072
P.O. [...]
179
[...]
J. Facility-SMT
1201

INMATE HAS PAROLED
RETURN TO SENDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR ROUSE, ET AL.,

        Plaintiffs,                      No. 20-12308

v.                                 District Judge Bernard A. Friedman
                                    Magistrate Judge R. Steven Whalen

GRETCHEN WHITMER, ET AL.,

        Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff John Moore is one of 28 named prison inmates in the custody of the Michigan Department of Corrections who have file a civil complaint under 42 U.S.C. § 1983, alleging violations of their federally protected rights under the First Amendment, the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc-1 et seq., the Fourteenth Amendment Equal Protection Clause, as well as violations of Michigan law. The complaint centers on the claimed denial of in-person group religious services during the COVID-19 pandemic. Before the Court is Plaintiff Moore's motion to exclude his case from early mediation and to sever, or in the alternative to dismiss him from the complaint without prejudice [ECF No. 27].[1]

For the reasons discussed below, I recommend that Plaintiff's motion be DENIED WITHOUT PREJUDICE.

### I.   FACTS

The common underlying basis of this complaint is that all of the Plaintiffs have

---

[1] The alternative request for dismissal makes this a dispositive motion, and I must therefore proceed by Report and Recommendation under 28 U.S.C. § 636(b)(1)(B).