UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR J. ROUSE, *et al.*,

    Plaintiff,

vs.

GRETCHEN WHITMER, *et al.*

    Defendants.

_____/

Civil Action No. 20-cv-12308
HON. BERNARD A. FRIEDMAN
MAG. JUDGE DAVID R. GRAND

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation dated June 13, 2022 ("R&R"). (ECF No. 103). The R&R recommended that the Court grant in part and deny in part defendants' motion to dismiss the complaint. (ECF No. 94). None of the parties objected to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

This Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge David R. Grand's June 13, 2022 Report and Recommendation (ECF No. 103) is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendants' motion to dismiss the complaint (ECF No. 94) is granted as to plaintiffs' Equal Protection and ELCRA claims against defendants in their individual capacities for monetary damages.

IT IS FURTHER ORDERED that defendants' motion to dismiss the complaint (ECF No. 94) is denied as to plaintiffs' RLUIPA claims during the "Current Restrictions Period" against defendants Washington, Shaver, Meyers and LaFave in their official capacities for injunctive relief.

Dated: July 6, 2022  
       Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge